No. 87–5618. BINDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5636. LEIGHT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5644. LUNZ v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–5650. LEVINE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5654. STANGE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5657. RODRIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5662. LIVOY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5664. COHAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5668. FLAKES v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 87–5671. BERTRAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5681. NERSESIAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–120. FOLTZ, WARDEN v. HOPSON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–162. NEW MEXICO v. HENSEL. Ct. App. N. M. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–555. OHIO v. ROGERS, AKA HUDSON. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.